36 A.3d 1097

COMMONWEALTH of Pennsylvania, Respondent

v.

Rasheed HARRIS, Petitioner.

No. 113 EM 2011.

Supreme Court of Pennsylvania.

Feb. 6, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of February, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Petitioner is directed to file his Petition for Allowance of Appeal within 30 days of this order.